UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>U.S. SPRINGFIELD MODEL 1868 )<br>STYLE TRAPDOOR SADDLE RING )<br>CARBINE BEARING SERIAL )<br>NUMBER 1444, )<br>    Defendant *in Rem*. ) | Civil No. 25-30077-MGM |

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, beginning on May 15, 2025 and ending on June 13, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed on July 22, 2025, at Boston, Massachusetts.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By:   /s/  *Carol E. Head*
CAROL E. HEAD
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: July 22, 2025