UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    v. )<br>)<br>U.S. SPRINGFIELD MODEL 1868 )<br>STYLE TRAPDOOR SADDLE RING )<br>CARBINE BEARING SERIAL )<br>NUMBER 1444, )<br>    Defendant *in Rem*. ) | Civil Action No. 25-30077-MGM |

## DECLARATION OF CAROL E. HEAD REGARDING SERVICE OF PROCESS

I, Carol E. Head make the following declaration:

1. I am an Assistant United States Attorney. I represent the Plaintiff, the United States of America, in this case.

2. This action is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and I hereby certify that the following individuals/entities have been served a certified copy of the Warrant and Monition (Docket No. 4), issued by the Court on April 30, 2025:

    a) The Springfield Armory National Historic Site, 1 Armory Square, Springfield, MA 01105; and

    b) Reed Knight, Knight's Armament, 701 Columbia Blvd., Titusville, FL 32780.

Attached as Exhibit A are the USPS Domestic Return Receipts acknowledging service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 22nd day of July 2025, in Boston, Massachusetts.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By:   /s/ *Carol E. Head*
     CAROL E. HEAD
     Assistant United States Attorney
     United States Attorney's Office
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3100
Dated: July 22, 2025      carol.head@usdoj.gov