UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>        v.<br><br>U.S. SPRINGIFLED MODEL 1868<br>STYLE TRAPDOOR SADDLE RING<br>CARBINE BEARING SERIAL<br>NUMBER 1444,<br>        Defendant *in Rem.* | Civil No. 25-30077-MGM |

### REQUEST FOR NOTICE OF DEFAULT

The United States of America, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, hereby requests that default be entered, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against all persons claiming an interest in the *in rem* defendant, described as U.S. Springfield Model 1868 Style Trapdoor Saddle Ring Carbine bearing serial number 1444 (the "Defendant Property"), for failure to file a claim or otherwise to defend as provided by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

In support of this Request, the United States submits the attached Declaration.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By:    */s/ Carol E. Head*
        CAROL E. HEAD
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA   02210
        (617) 748-3100
        carol.head@usdoj.gov

Date:   July 31, 2025