UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br><br>U.S. SPRINGFIELD MODEL 1868<br>STYLE TRAPDOOR SADDLE RING<br>CARBINE BEARING SERIAL NUMBER<br>1444,<br>        Defendant *in Rem.* | )<br>)<br>)   Civil No. 25-30077-MGM<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF DEFAULT**

Upon application of the Plaintiff, United States of America, for an order of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against all persons claiming an interest in the *in rem* defendant described as U.S. Springfield Model 1868 Style Trapdoor Saddle Ring Carbine bearing serial number 1444 (the "Defendant Property"), for failure to file a claim or defend as provided by Rules G(5)(a)(ii)(A)-(B) and G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice is hereby given that any potential Claimants have been defaulted on this date.

                                                                    Robert M. Farrell,
                                                                    Clerk, U.S. District Court
                                                                    District of Massachusetts

Date: _____          By: _____
                                                                                     Deputy Clerk